# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Henry Coleman,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv346/3:96cr10

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2007 Order.

Signed: December 10, 2007

Frank G. Johns, Clerk
United States District Court